# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3510
Lower Tribunal No. CF 23-243

_____

OSCAR DANIEL SANCHEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Angela J. Cowden, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED